# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 29, 2024

## NO. 03-23-00241-CR

**The State of Texas, Appellant**

**v.**

**Jose Rolando Charles, Jr., Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
### REVERSED AND REMANDED -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the order entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's order. Therefore, the Court reverses the trial court's order and remands the case for further proceedings consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.